FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2006 MAR 17 P 3:56

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR MARYLAND

KAREN J. BLANK *
 *
Plaintiff *
 *
vs. * Case No. MJG-05-1640
 *
TIMBROOK PONTIAC-CADILLAC-NISSAN, INC et al. *
 *
Defendants *

## ORDER GRANTING DISMISSAL WITHOUT PREJUDICE

Having been advised that Plaintiff does not seek an opportunity to amend her Complaint, the Court dismisses the Complaint without prejudice as to all Defendants for lack of jurisdiction.

SO ORDERED, on **Friday, March 17, 2006**

_____/s/_____
Marvin J. Garbis
United States District Judge

cc:

Mark H. Steinbach
O'Toole, Rothwell, Nassau & Steinbach
1350 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036

H. Gregory Skidmore, Esq.
Skidmore, Alderson & Duncan
1800 South Liberty Street
P. O. Box 360
Cumberland, Md. 21501-0360

Gilbert Sussman, Esq.
Korn and Sussman, Chartered
11820 Parklawn Drive
Suite 520
Rockville, Md. 20852